STATE OF NEW JERSEY v. FREDERICK BAUSCH.

Jan. 14, 1980. Petition for certification granted. (See 171 *N.J.Super.* 314)

STATE OF NEW JERSEY v. PAUL JAMES FRENCH.

Jan. 14, 1980. Petition for certification denied.

BEN J. ADDIEGO v. STATE OF NEW JERSEY AND STATE BOARD OF DENTISTRY.

Jan. 14, 1980. Petition for certification denied. (See 170 *N.J.Super.* 585)

BIELANSKI CORP. v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF HILLSBOROUGH.

Jan. 14, 1980. Petition for certification denied.

STATE OF NEW JERSEY v. DOROTHY LEIGHTON.

Jan. 14, 1980. Petition for certification denied.

ALLAN G. FREUND v. EDWIN HADLEY.

Jan. 14, 1980. Petition for certification denied.